Jeffrey S. Dubin
Jeffrey S. Dubin, P.C.
Attorney for the Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
DubinJS@cs.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FRED ALSTON, as a Trustee of THE LOCAL 272    Civil Action No.
LABOR-MANAGEMENT PENSION FUND;                23 Civ. 2113 (PAE)
FRED ALSTON, as a Trustee of THE LOCAL 272    ECF Case
WELFARE FUND,

                              Plaintiffs,
                                              VOLUNTARY
               -against-                      DISMISSAL
                                              and ORDER
CENTERPARK SERVICES LLC, CENTERPARK
MANAGEMENT LLC, CENTERPARK LLC,

                              Defendants
----------------------------------------------------------X

   As the plaintiffs and the defendants have reached a settlement and the settlement proceeds have been paid to plaintiffs, IT IS HEREBY STIPULATED by the undersigned that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that this action be dismissed, without prejudice, and without costs to any of the parties, defendants not having appeared or answered. I hereby consent to the entry of this proposed order.

Dated: New York, New York
       May 3, 2023

                                   s/   Jeffrey S. Dubin
                                        Attorney for Plaintiffs
                                        464 New York Avenue, Suite 100
                                        (631) 351-0300
                                        DubinJS@cs.com

SO ORDERED:

*Paul A. Engelmayer* (signature)

United States District Judge
Hon. Paul Engelmayer
Date 5/3/23